UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD L. PARKER | CIVIL ACTION |
| VERSUS | NO: 11-0638 |
| SHERIFF MARLIN GUSMAN | SECTION: R |

**ORDER**

Before the Court are the complaint and motion to amend the complaint of plaintiff Donald Parker,[1] the motion for summary judgment of defendant Sheriff Marlin Gusman,[2] and the Magistrate Judge's unopposed Report and Recommendation.[3] The Court, having reviewed *de novo* the motions, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, the Court grants defendant's motion for summary judgment and denies plaintiff's motion to amend the complaint.

New Orleans, Louisiana, this 26th day of February, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Docs. 6, 20.

[2]   R. Doc. 15.

[3]   R. Doc. 21.